NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**DONALD J. DAVIS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7130

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3257, Judge William A. Moorman.

---

**ON MOTION**

---

## O R D E R

Donald J. Davis' filing of his informal brief is construed as a motion for leave to file his brief out-of-time. The Secretary of Veterans Affairs does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Secretary's informal brief is due within 21 days from the date of filing of this order.

FOR THE COURT

OCT 2 1 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald J. Davis
Alex P. Hontos, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 1 2010**

**JAN HORBALY**
**CLERK**